# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Chapter 13 Bankruptcy |
| | No. 19-40101-BDL |
| SHERRY ANN SPIER | |
| Debtor(s) | ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN and the Law offices of Brown and Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the above-entitled matter.

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS**     **BROWN and SEELYE**
Attorneys at Law
744 South Fawcett
Tacoma, WA 98402
253.573.1958
Fax 866-422-6196